```
1  CHRISTOPHER K. KARIC [SBN 184765]
   CYNDI J. CLAXTON [SBN 246801]
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113
   Telephone: (408) 298-7120
4  Facsimile: (408) 298-0477
   ckk@robinsonwood.com
5  cjc@robinsonwood.com

6  Attorneys for Plaintiff,
   TODD R. FORD
7
```

*E-FILED - 4/10/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| TODD R. FORD, | Case No. C09 00573 RMW HRL |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR RESPONSIVE BRIEFS AND REQUEST FOR ORDER** |
| vs. | |
| ANTHONY MICHAEL CICOLETTI, | Date: April 24, 2009<br>Time: 9:00 a.m.<br>Crtrm.: 6<br>Judge: Ronald M. Whyte |
| Defendant. | |

### STIPULATION

IT IS HEREBY STIPULATED by the parties herein, Todd R. Ford, Plaintiff, and Anthony M. Cicoletti, Defendant, by and through the agreement of their attorneys of record on Wednesday, April 1, 2009, that:

(1) Defendant agrees to extend Plaintiff's time for response to Defendant's Rule 12(b)(6) Motion to Dismiss, or in the Alternative, To Stay (the "Motion"), by one week to **Friday, April 10, 2009.**

///
///
///
///
///

501018

STIPULATION AND ORDER TO EXTEND TIME                    1

1     (2) Pursuant to this one week extension, Plaintiff agrees to extend Defendant's time for
2 rebuttal to Plaintiff's response by one week as well to **Friday, April 17, 2009.**

4 Dated: April 2, 2009                      ROBINSON & WOOD, INC.

                                             By: _____
                                                 CHRISTOPHER K. KARIC
                                                 CYNDI J. CLAXTON
                                           Attorneys for Plaintiff,
                                           TODD R. FORD

10 Dated: April 2, 2009                       DIEMER & WHITMAN, LLP

                                             By: _____
                                                 KATHRYN S. DIEMER
                                           Attorney for Defendant,
                                           ANTHONY CICOLETTI

## ORDER APPROVING STIPULATION TO EXTEND TIME

The above Stipulation to Extend Plaintiff's time to respond by one week and to extend Defendant's time for rebuttal thereto is approved. The Court hereby orders Plaintiff Todd Ford to submit the responsive brief to the Court on or before April 10, 2009. If Defendant has any rebuttal thereto, the Court hereby orders Defendant Anthony Cicoletti to submit the rebuttal brief to the Court on or before April 17, 2009.

IT IS SO ORDERED.

Dated: 4/10/09                                By: _____
                                                 RONALD M. WHYTE
                                                 United States District Judge