CHRISTOPHER K. KARIC [SBN. 184765]
CYNDI J. CLAXTON [SBN. 246801]
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:   (408) 298-7120
Facsimile:   (408) 298-0477
ckk@robinsonwood.com
cjc@robinsonwood.com

Attorneys for Plaintiff,
TODD R. FORD

*E-FILED - 7/29/09*

DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER [SBN. 133977]
JOHN P. CARDOSI [SBN 111381]
75 East Santa Clara Street, Suite 290
San Jose, California  95113
Telephone:   (408) 971-6270
Facsimile:   (408) 971-6271
kdiemer@diemerwhitman.com

Attorneys for Defendant,
ANTHONY MICHAEL CICOLETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TODD R. FORD,<br><br>             Plaintiff,<br><br>vs.<br><br>ANTHONY MICHAEL CICOLETTI,<br><br>             Defendant. | Case No. C09 00573 RMW HRL<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER PRELIMINARY DATES**<br><br>Judge:   Ronald M. Whyte |

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, TODD R. FORD, and Defendant, ANTHONY MICHAEL CICOLETTI, by and through their respective counsel of record, that the Initial Case Management Conference (CMC) currently scheduled to occur in Courtroom 6, 4th Floor before The Honorable Ronald M. Whyte at 10:30 a.m. in the San Jose Division of the District Court of the Northern District of California, located at 280 South First Street, San Jose, California, should be continued in light of the submitted Motion for Dismissal pending before the Court.

THE PARTIES HAVING SO AGREED, it is respectfully requested that the Court in its discretion continue the Initial Case Management Conference and the other attendant calendar dates, including the Alternative Dispute Resolution (ADR) Multi-Option Program/discovery deadline (July 10, 2009), as well as the Rule 26(f) Report and initial disclosure statement cut-off dates (July 24, 2009), accordingly.

Dated: 7/10/09

ROBINSON & WOOD, INC.

By: _____
CHRISTOPHER K. KARIC
Attorneys for Plaintiff,
TODD R. FORD

Dated:

DIEMER, WHITMAN & CARDOSI, LLP

By: _____
KATHRYN S. DIEMER
Attorneys for Defendant
ANTHONY MICHAEL CICOLETTI

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, TODD R.
2  FORD, and Defendant, ANTHONY MICHAEL CICOLETTI, by and through their respective
3  counsel of record, that the Initial Case Management Conference (CMC) currently scheduled to
4  occur in Courtroom 6, 4th Floor before The Honorable Ronald M. Whyte at 10:30 a.m. in the San
5  Jose Division of the District Court of the Northern District of California, located at 280 South First
6  Street, San Jose, California, should be continued in light of the submitted Motion for Dismissal
7  pending before the Court.

8  THE PARTIES HAVING SO AGREED, it is respectfully requested that the Court in its
9  discretion continue the Initial Case Management Conference and the other attendant calendar
10 dates, including the Alternative Dispute Resolution (ADR) Multi-Option Program/discovery
11 deadline (July 10, 2009), as well as the Rule 26(f) Report and initial disclosure statement cut-off
12 dates (July 24, 2009), accordingly.

13 Dated: 7/10/09

ROBINSON & WOOD, INC.

By: _____
CHRISTOPHER K. KARIC
Attorneys for Plaintiff,
TODD R. FORD

19 Dated:

DIEMER, WHITMAN & CARDOSI, LLP

By: _____
KATHRYN S. DIEMER
Attorneys for Defendant
ANTHONY MICHAEL CICOLETTI

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

517237

STIPULATION & ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE    2    C09 00573 RMW HRL

## ORDER

The above having been stipulated and agreed to by the parties and good cause appearing therefor, IT IS SO ORDERED:

The Initial Case Management Conference and the other attendant calendar dates, including the Alternative Dispute Resolution (ADR) Multi-Option Program/discovery deadline (July 10, 2009), as well as the Rule 26(f) Report and initial disclosure statement cut-off dates shall be continued as shall be noticed by the Clerk of Court.  The Court continues the Case Management Conference to September 11, 2009.

DATED: 7/29/09

_____
THE HONORABLE RONALD M. WHYTE

Submitted by:

ROBINSON & WOOD, INC.

By: _____
Christopher K. Karic, Esq.
227 North First Street
San Jose, California  95113
Attorneys for Plaintiff