```
 1  DIEMER, WHITMAN & CARDOSI, LLP
    KATHRYN S. DIEMER, #133977
 2  75 East Santa Clara Street, Suite 290
    San Jose, California   95113
 3  Telephone:  (408) 971-6270
    Facsimile: (408) 971-6271
 4
    ATTORNEYS FOR
 5  ANTHONY MICHAEL CICOLETTI
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
    TODD R. FORD                )   Case No.C09 00573
12                              )
                                )   JOINDER IN CASE MANAGEMENT
13           Plaintiff,         )   CONFERENCE STATEMENT
                                )
14  vs.                         )
                                )
15                              )
                                )
16  ANTHONY MICHAEL CICOLETTI., )
                                )
17           Defendant          )
                                )
18                              )
                                )
19                              )
20  ----------------------------)
21
```

22      Defendant, Anthony Michael Cicoletti, by and through his counsel, Kathryn S. Diemer,

23  Esq. hereby joins in the case management conference statement filed by Plaintiff. Defendant

24  adds the following information:

25      Defendant disagrees that this matter is appropriate for jury trial as set forth in Section

26  I.(e), and suggests that this matter should be tried to the Court as a trier of fact. Defendant

27  submits that there might well be the need for motions regarding this issue.

28      Defendant disagrees with the Section XVI, concerning scheduling. Defendant

respectfully suggests that it is inappropriate to set a schedule until such time as the pending motion is decided.

Defendant otherwise joins in the Plaintiff's filed case management conference statement.

Dated: December 11, 2009

DIEMER, WHITMAN & CARDOSI, LLP

By: _____
Kathryn S. Diemer
Attorneys for Anthony M. Cicoletti

DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
TEL. (408) 971-6270
FAX. (408) 971-6271

Case Name: Ford v. Cicoletti

Case No.: 09-573

Hearing: 2009

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

On December 11, 2009, I served a copy of:

Reply Brief

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

Christopher K. Karic, Esq.
Robinson & Wood
227 North first Street
San Jose, CA 95113

Michael St. James, Esq.
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on Dec 11, 2009, at San Jose, California.

Erin K. Cahill