1
2
3
4                                    **E-FILED on** _4/5/10_____
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN JOSE DIVISION
11

12   Todd R. Ford,                    No. C-09-00573 RMW
13              Plaintiff,            IDENTIFICATION OF ISSUES TO BE
                                     ADDRESSED AT ARGUMENT
14          v.
15   Anthony Michael Cicoletti,
16              Defendant.
17
18
19
20          The case is set for further hearing on defendant's motion to dismiss on April 9, 2010 at 9:00

a.m.  The court requests that counsel address the following questions at the hearing:
21
22          1.  The papers and oral argument focused on subrogation and the question of whether Ford

23   was subrogated to the rights of the IRS and EDD.  The critical question addressed was whether Ford

was precluded from subrogation because he was primarily liable (along with Cicoletti) for the debt.
24
25   Why was the focus on subrogation rather than contribution?

26          2.  Assuming there had been no bankruptcy, would not Ford have a right to contribution

27   under 26 U.S.C. §6672(d)?
28

IDENTIFICATION OF ISSUES TO BE ADDRESSED AT ARGUMENT
C09-573 RMW
TER

United States District Court
For the Northern District of California

3.  When did Ford acquire his right to contribution?  When he paid more than 50% of the tax?  If so, then didn't Ford acquire his right to contribution post-discharge and, therefore, the debt is not a discharged debt?

4.  Tax debts are not dischargeable but do they have to be listed?  What effect does the fact that Cicoletti did not list the IRS obligation have, if any, on that obligation?

5.  Does this case boil down to the effect of Cicoletti's discharge?  If so, why shouldn't the case be referred to the bankruptcy judge?

DATED:     4/5/10                                    *Ronald M Whyte*
                                                     ──────────────────────────
                                                     RONALD M. WHYTE
                                                     United States District Judge

IDENTIFICATION OF ISSUES TO BE ADDRESSED AT ARGUMENT
C09-573 RMW
TER                                      2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
Christopher K. Karic          ckk@robinsonwood.com
Cyndi J. Claxton             cjc@robinsonwood.com
Joshua Borger                jjb@robinsonwood.com
Michael St. James            ecf@stjames-law.com


**Counsel for Defendants:**
Kathryn S. Diemer            kdiemer@diemerwhitman.com


Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.


**Dated:**      4/5/10                                    TER
                                              **Chambers of Judge Whyte**

IDENTIFICATION OF ISSUES TO BE ADDRESSED AT ARGUMENT
C09-573 RMW
TER                                    3