1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN S. DIEMER, #133977
2  75 East Santa Clara Street, Suite 290
   San Jose, California   95113
3  Telephone:  (408) 971-6270
   Facsimile: (408) 971-6271
4
   ATTORNEYS FOR
5  ANTHONY MICHAEL CICOLETTI          *E-FILED - 4/7/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD R. FORD | Case No. C09 00573 - RMW |
| Plaintiff, | [XXXXXXXXXX] **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ANTHONY MICHAEL CICOLETTI., | |
| Defendant | |

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference in the above entitled matter which was previously set for Friday, March 26, 2010 at 9:00 a.m. has been continued to April 9, 2010 upon stipulation by the parties. [Stipulation attached hereto as Exhibit A] Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. The

---
1

parties are to file a Joint Case Management Conference statement on or before April 6, 2010.

          IT IS FURTHER ORDERED that all dates noted in Scheduling Order Shall remain the same.

DATED: 4/7/10

*Ronald M. Whyte*
Hon. Ronald Whyte
United States District Court Judge