**E-FILED on** 5/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD R. FORD, | No. C-09-00573 RMW |
| Plaintiff, | |
| v. | |
| ANTHONY MICHAEL CICOLETTI, | JUDGMENT |
| Defendant. | |

On May 4, 2010, the court granted defendant's motion to dismiss on the basis that plaintiff's claims were barred by the defendant's discharge in bankruptcy. Therefore,

IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED: 5/4/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT —No. C-09-00573 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
Christopher K. Karic           ckk@robinsonwood.com
Cyndi J. Claxton               cjc@robinsonwood.com
Michael St. James              ecf@stjames-law.com

**Counsel for Defendants:**
Kathryn S. Diemer              kdiemer@diemerwhitman.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   5/4/10                                    TER
                                              **Chambers of Judge Whyte**

JUDGMENT —No. C-09-00573 RMW
TER                                    2